# Exhibit 3



Joel B. Rothman
Board Certified in Intellectual Property Law

Direct: 561.404.4335
joel.rothman@sriplaw.com

February 26, 2019

**VIA FEDEX and EMAIL: rhys@loganrealtyinc.com**
Mr. Rhys Hollyman
Logan Realty, Inc.
333 Clematis Street, Suite 201
West Palm Beach, FL 33401

Re:   **Affordable Aerial Photography, Inc. v. Logan Realty, Inc.**
      **Our File No.:  00022-0044**

Dear Mr. Hollyman,

We write on behalf of our client Affordable Aerial Photography, Inc. for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Affordable Aerial Photography, Inc. ("AAP")*
Robert Stevens is a high-end real estate photographer who makes his living photographing million dollar homes for real estate agents. Stevens is an employee of his company, AAP, which provides photo shoots to a client's specifications. Stevens is self-taught, but his photographs rival those taken by photographers who charge thousands more.  AAP licenses its photos to agents pursuant to a written license. The license is granted only to the agent for whom the photos were taken.

AAP retains all copyrights to its photographs.  AAP licenses its copyrighted Works, such as the one in this case, for commercial use.

In 2015, AAP created an image entitled "Connemara AAP 2015 c, Sept. 25, 2015", hereinafter referred to as the "Work."

The Work at issue is shown below.  At the time the Work was created, AAP applied Copyright Management Information to the image.

Mr. Rhys Hollyman
Logan Realty, Inc.
February 26, 2019
Page 2



AAP registered the Work with the Register of Copyrights on August 24, 2016 and was assigned the registration number VA 2-033-301, a copy of which is enclosed.

*Infringement by Logan Realty, Inc. ("Logan")*
The infringement at issue was identified on September 29, 2018.  We have enclosed contemporaneous evidence of the infringement by Logan.  In addition to the infringement, AAP's photograph was very obviously cropped as shown on the attached.

You have employed our client's Work in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above.  You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work.  Any such further uses shall be at your peril.

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Rhys Hollyman
Logan Realty, Inc.
February 26, 2019
Page 3

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to AAP when a work is infringed or altered. Section 504 permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed. AAP can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. AAP's photographs are of the highest quality. AAP's photographs are also scarce since it is one of the only sources of such quality photographs.

AAP's damages are not limited to what it would have agreed to license the Work for prior to the infringement. Rather, AAP's actual damages will be measured by the fair market value of the photograph considering Logan's use to sell and promote its business. AAP's actual damages must be measured in light of Logan's use of AAP's high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc*., 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc*., Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, AAP can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, AAP will also be entitled to Logan's profits from the infringement, based upon the revenue Logan earned in connection with the use of AAP's Work.

Alternatively, AAP could seek statutory damages for infringement in an amount of up to $30,000 per Work infringed. There is also the possibility that a judge or jury could

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Rhys Hollyman
Logan Realty, Inc.
February 26, 2019
Page 4

determine that Logan's infringement was willful.  If Logan's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per Work infringed.

There is also the issue of the removal of AAP's copyright management information.  17 USC 1203(c)(3)(B) permits AAP to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in Section 1202.  Based upon Logan's removal of AAP's CMI, AAP will seek the maximum statutory damages of $25,000 per photograph against Logan for this violation.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's Work, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3. the source of the Work;

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by March 12, 2019, we will take further steps to protect our client's rights.

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jcj
Enclosures

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-033-301**

**Effective Date of Registration:**
August 24, 2016

## Title

| | |
|---|---|
| Title of Work: | Group Registration Photos, Selected 2012 Photographs Including CONNEMARA CONDO, published Sept. 25, 2015 to Nov. 25, 2015; 3 photos |
| Content Title: | Connemara AAP 2015 a, Nov. 25, 2015; Connemara AAP 2015 b, Sept. 25, 2015; Connemara AAP 2015 c, Sept. 25, 2015; |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | September 25, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | AFFORDABLE AERIAL PHOTOGRAPHY, INC., employer for hire of Robert Stevens |
| Author Created: | photograph |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. 1123 Melinda Ln, Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| Name: | Robert Stevens |
| Date: | August 24, 2016 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1




## CONNEMARA

### CONNEMARA BOASTS CAPTIVATING AND STUNNING OCEAN VIEWS!

High-rise living in Connemara along the Atlantic Coast of Florida. This one tower building located on the north end of Singer Island holds only two bedroom two bathroom units with floor plans from 1200 to 1500 square feet of living space and 1400 to 1700 square feet of balcony space. Residents will enjoy the heated swimming pool ocean side, barbecuing area, sauna, two tennis courts, fitness room, owners lounge with kitchen and game room. Investors can rent their units twice a year making this a prime vacationers delight for the seasonal renters. Parking is within the garage on two levels. Bask in the glow of the Florida sun in your ocean front high-rise at Connemara!

### Neighbourhood Properties


3000 N Ocean Drive #25c
Singer Island, Florida 33404


5420 N Ocean Drive #1704
Singer Island, Florida 33404


5400 N Ocean Drive #4c
Singer Island, Florida 33404

**Singer Island Specialist**
Rhys Hollyman



## SINGER ISLAND

























February 26, 2019

**VIA FEDEX and EMAIL: rhys@loganrealtyinc.com**
Mr. Rhys Hollyman
Logan Realty, Inc.
333 Clematis Street
Suite 201
West Palm Beach, FL 33401

    Re:    Affordable Aerial Photography, Inc. v. Logan Realty, Inc.
            Our File No.:  00022-0044

Dear Mr. Hollyman,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a) The name of the insurer.
(b) The name of each insured.
(c) The limits of the liability coverage.
(d) A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and
(e) A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jcj



Joel B. Rothman
Board Certified in Intellectual Property Law

Direct: 561.404.4335
joel.rothman@sriplaw.com

March 27, 2019

**VIA FEDEX and EMAIL: sales@yourdigitalresource.com**
Mr. Shay Berman
Digital Resource LLC
324 Datura Street, Suite 140
West Palm Beach, FL 33401

**Re:   Affordable Aerial Photography, Inc. v. Logan Realty, Inc. & Digital Resource LLC**
**Our File No.:  00022-0044**

Dear Mr. Berman,

We write you on behalf of our client, Affordable Aerial Photography, Inc. ("AAP"), for the purpose of resolving a matter of alleged copyright infringement by your company, Digital Resource LLC. Please note that this letter is privileged pursuant to Fed. R. Evid. 408.

The reason you are receiving this letter is because the website your company created for Logan Realty, Inc. pursuant to your June 21, 2017 agreement contained AAP's high-end aerial photograph of the Connemara building on Singer Island, shown below and herein referred to as the "Work."



1801 Century Park East          21301 Powerline Road          125 Maiden Lane          Main: 561.404.4350
Suite 1100                      Suite 100                     Suite 5C                 Fax: 561.404.4353
Los Angeles, CA 90067           Boca Raton, FL 33433          New York, NY 10038       www.sriplaw.com

Mr. Shay Berman
Digital Resource LLC
March 27, 2019
Page 2

According to our client's records, there is no record of Digital Resources LLC or Logan Realty, Inc. ever purchasing a license to use AAP's Work, nor asking for permission to use the Work.

As further outlined in our February 26, 2019 letter to Logan Realty, Inc., attached hereto, you have copied, displayed and distributed our client's Work without permission, license or consent. The use of a creator's photographic image without written consent or license violates the Copyright Act, 17 U.S.C. § 501. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

Please also note that the Copyright Act, 17 U.S.C. § 504(c), allows for the recovery of statutory damages as high as $150,000 per work infringed if this case were to proceed to litigation.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's Work, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3. the source of the Work;

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by April 12, 2019, we will take further steps to protect our client's rights.

Mr. Shay Berman
Digital Resource LLC
March 27, 2019
Page 3


We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jcj
Enclosures